**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7043**

MICHAEL ANTHONY DOBSON,

          Plaintiff - Appellant,

     v.

COLIN D. STOLLE, Commonwealth's Attorney's Office of Virginia Beach; MR. BERNARD W. BOOKER, Warden Buckingham Correctional Center; SCOTT LANG, Assistant Commonwealth's Attorney City of Virginia Beach; MS. PATRICIA MUNLEY, Investigator for the Commonwealth's Attorney's Office of Virginia Beach; DEREK M. REED, Detective Virginia Beach Police Department; MR. PHILIP WHITE, Assistant Warden Green Rock Corr. Center; MR. TOD WATSON, Special Investigator Unit V.D.O.C. Buckingham Corr. Center,

          Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:18-cv-00369-MFU-RSB)

Submitted:  February 3, 2020          Decided:  February 19, 2020

Before QUATTLEBAUM and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Dobson, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia; Joseph Martin Kurt, Assistant City Attorney, OFFICE OF THE CITY

ATTORNEY FOR THE CITY OF VIRGINIA BEACH, Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Dobson appeals the district court's order granting Defendants' motions to dismiss his 42 U.S.C. § 1983 (2012) complaint pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dobson v. Stolle*, No. 7:18-cv-00369-MFU-RSB (W.D. Va. July 9, 2019). We deny Dobson's motion for a certificate of appealability and for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3